Compas Medical, P.C., as Assignee of RICHARD JAMES, Appellant, 
against
Travelers Insurance Company, Respondent.



Appeal from an order of the Civil Court of the City of New York, Queens County (Richard G. Latin, J.), entered July 29, 2014. The order granted defendant's motion for summary judgment dismissing the complaint.




ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, defendant moved for summary judgment dismissing the complaint on the ground that, at the time of the accident in question, defendant did not provide coverage for the vehicle that was involved in the accident. In support of its motion, defendant submitted affidavits by its claim litigation representative and products specialist, which affidavits established that the vehicle which had been driven by plaintiff's assignor at the time of the accident on January 18, 2011 was not covered by the insurance policy at issue. Consequently, defendant demonstrated, prima facie, that "the alleged injur[ies] do[] not arise out of an insured incident" (Central Gen. Hosp. v Chubb Group of Ins. Cos., 90 NY2d 195, 199 [1997]) and plaintiff failed to raise a triable issue of fact in opposition (see Zuckerman v City of New York, 49 NY2d 557 [1980]). 
Accordingly, the order is affirmed. 
Weston, J.P., Solomon and Elliot, JJ., concur.
Decision Date: August 18, 2016